No. 11–11007. DAVILA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–11008. LOOSE, AKA CROWNHART *v.* KOGOUSEK ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–11009. CUEVAS *v.* GRONDOLSKY, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 11–11011. CRUTCHER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–11012. CODIGA *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 11–11013. CAPELTON *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–11014. EDMOND *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 11–11015. CANAS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–11016. CASON *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–11017. COLEMAN *v.* BUTTS, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 11–11019. ESQUIVEL *v.* LEDEZMA, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 11–11020. GAYTAN *v.* HALL ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–11021. FRIPP *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–11022. FAULKENBERRY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–11024. HERRERA *v.* CASH, WARDEN. C. A. 9th Cir. Certiorari denied.